# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MAGNUS OGUGUA | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Case No. 1:16-cv-00529-APM |
|  | ) |
| THE NOT-FOR-PROFIT HOSPITAL CORPORATION, | ) |
|  | ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all the parties who have appeared in the action hereby stipulate that the above-captioned case shall be dismissed in its entirety with prejudice and without costs to either party.

Respectfully submitted,

| | |
|---|---|
| /s/ Ellen K. Renaud<br>Ellen K. Renaud, Esq.<br>Swick & Shapiro, P.C.<br>1101 15th Street, NW, Suite 205<br>Washington, DC 20005<br>202-842-0300 (telephone)<br>ekrenaud@swickandshapiro.com<br><br>Attorney for Plaintiff | /s/ Eric J. Janson<br>Eric J. Janson, Esq.<br>Seyfarth Shaw LLP<br>975 F Street NW<br>Washington, DC 20004<br>202-463-2400 (telephone)<br>ejanson@seyfarth.com<br><br>Attorney for Defendant |

39883852v.1